IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MICHAEL MCCOY** <br><br> **Plaintiff,** <br><br><br> v. <br><br><br> **NEWREZ LLC FKA NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING AND JAMES STAVOPOULOS SECURE ONE CAPITAL CORPORATION** <br><br> **Defendants** | §§§§§§§§§§§§§§§§§ | **5:21-CV-877 FB** |

**NOTICE OF APPEARANCE OF RETAINED COUNSEL**

This notice is to advise the Court that Plaintiff has retained the following lawyers whose information is as follows:

Law Office of Kenneth Grubbs
8000 IH-10 West, Ste 740
San Antonio, Texas 78230
(210) 490-1292
(210) 499-4587 (fax)
Texas SBN: 00798225
Email: lawofficeofkennethgrubbs@gmail.com

This is to advise counsel and the clerk that all notices on this matter should be sent only to that above lawyer at the above email address.

 Respectfully Submitted

/s/Kenneth E. Grubbs

_____
Kenneth E. Grubbs
Attorney for Plaintiff
SBN: 00798225
Forum Building
8000 IH-10 West, Ste 740
San Antonio, Texas 78230
(210) 490-1292
(210) 499-4587 (fax)
lawofficeofkennethgrubbs@gmail.com

CERTIFICATE OF SERVICE

This is to certify that the above and foregoing has been served on the attorney for the Defendant listed below on January 13, 2022, in accordance with the Federal Rules of Civil Procedure.

Walter McInnis
Akerman LLP
2001 Ross Avenue, Ste 3600
Dallas, Texas 75201

Monica Summers
Akerman LLP
112 East Pecan Street, Ste 2750
San Antonio, Texas 78205

/s/Kenneth E. Grubbs

_____
Kenneth E. Grubbs
Attorney for Plaintiff