IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MICHAEL MCCOY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-21-CV-877-FB |
| | § | |
| **NEWREZ LLC FKA NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING; JAMES STAVOPOULOS, and SECURE ONE CAPITAL CORPORATION** | § § § § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Before the Court is the Second Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss filed on February 16, 2022 (docket #25). Because Plaintiff's counsel did not make an appearance in this case until January 13, 2022, Plaintiff seeks an extension of time until March 3, 2022, to file his response the Motion to Dismiss Plaintiff's First Amended Complaint. The Court finds the unopposed motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Second Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (docket #25) is GRANTED such that Plaintiff shall have, as requested, until **Thursday, March 3, 2022**, to file a response, if any, to the Motion to Dismiss Plaintiff's First Amended Complaint filed on February 3, 2022 (docket #22).

It is so ORDERED.

SIGNED this 24th day of February, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE